UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Steven Jude Hoffenberg, individually, and as
constructive trustee of the Noteholders and
Bondholders of Towers Financial Corporation,

Index No: 1:16-cv-03989

**AFFIRMATION OF SERVICE**

Plaintiffs,

-against-

Jeffrey E. Epstein, individually, and as President
and CEO of the Financial Trust Company, The
Financial Trust Company, XYZ Corp., and ABC,
Inc.,

Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK )

Eric N. Bolanos, an attorney admitted to practice under the laws of the State of New York hereby affirms the following under the penalty of perjury:

1. On each of May 27, June 6 and June 7, 2016 I attempted to serve Jeffrey E. Epstein and The Financial Trust Company with the Summons and Complaint in the above-captioned action at their last known addresses. On each of those occasions, I was informed that Mr. Epstein was not present and there was no one available who would accept service, and I affixed two copies of the Summons and Complaint to the door.

2. On June 8, 2016, I mailed a true copy of the Summons and Complaint enclosed in a post-paid wrapper Certified Mail, return receipt requested, in an official depository under the exclusive care and control of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

Jeffrey E. Epstein
9 East 71st Street
New York, NY 10021

The Financial Trust Company
9 East 71st Street
New York, NY 10021

_/s/ Eric N. Bolanos_
Eric N. Bolanos