AFFIRMATION OF SERVICE

Alan P. Fraade, an attorney duly admitted to practice under the laws of the State of New York, hereby affirms the truth of the following under the penalty of perjury:

On June 2, 2016, I caused to be served the within Summons and Complaint

[x] Service By Mail by depositing a true copy thereof enclosed in a post-paid wrapper, certified mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the last known address:

>Office of the Lieutenant Governor
>No. 5049 Kongens Gade,
>Charlotte Amalie,
>St. Thomas, V.I. 00802

[ ] Service By Electronic Means by transmitting the papers by electronic means to the telephone number listed below, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received. I also deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorney at the address set forth after the name:

[x] Service By Delivery Service by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of the delivery service of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery to the following persons at the last known address set forth after each name:

>Jeffrey E. Epstein
>9 East 71st Street,
>New York, New York 10021
>
>The Financial Trust Company
>9 East 71st Street,
>New York, New York 10021
>Attn: Jeffrey E. Epstein, CEO and President

Dated: New York, New York
       June 2, 2016

*/s/ Alan P. Fraade*
Alan P. Fraade