UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Steven Jude Hoffenberg, individually, and as
constructive trustee of the Noteholders and
Bondholders of Towers Financial Corporation,

                              Plaintiffs,

      -against-

Jeffrey E. Epstein, individually, and as President
and CEO of the Financial Trust Company, The
Financial Trust Company, XYZ Corp., and ABC,
Inc.,

                              Defendants.
------------------------------------------------------------------X

Index No: 1:16-cv-03989

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK  )
                            :ss.:
COUNTY OF NEW YORK  )

Eric N. Bolanos, an attorney admitted to practice under the laws of the State of New York hereby affirms the following under the penalty of perjury:

    1.     On June 15, 2016 I attempted to serve Jeffrey E. Epstein and The Financial Trust Company with the Note of Entry of Court's Order dated June 13, 2016 in the above-captioned action at their last known addresses. There was no answer when I rang the intercom, and I affixed two copies of the Note of Entry to the door.

    2.     On June 16, 2016, I mailed a true copy of the Note of Entry enclosed in a post-paid wrapper Certified Mail, return receipt requested, in an official depository under the exclusive care and control of the United States Postal Service within New York State, addressed to each of the following at the last known address set forth after each name.

Jeffrey E. Epstein
9 East 71st Street
New York, NY 10021

The Financial Trust Company
9 East 71st Street
New York, NY 10021

Dated: June 16, 2016

                                                             Eric N. Bolanos