UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
Steven Jude Hoffenberg, individually, and as constructive trustee of the Noteholders and Bondholders of Towers Financial Corporation,

                      Plaintiffs,

        -against-

Jeffrey E. Epstein, individually, and as President and Chief Executive Officer of The Financial Trust Company, The Financial Trust Company, XYZ Corp., and ABC, Inc.,

                      Defendants.
---------------------------------------------------------x

Index No.: 1:16-cv-03989-RJS

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney hereby appears in the above-captioned action as counsel for defendants Jeffrey E. Epstein, individually and as President and Chief Executive Officer of The Financial Trust Company, and The Financial Trust Company.  I certify that I am admitted to practice in this Court.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: New York, New York
           June 16, 2016

**TROUTMAN SANDERS LLP**

By:  */s/ Bennet J. Moskowitz*
       Bennet J. Moskowitz
       875 Third Avenue
       New York, NY 10022
       Phone: (212) 704-6000
       Fax:   (212) 704-6288
       bennet.moskowitz@troutmansanders.com

*Counsel for Defendants Jeffrey E. Epstein, individually and as President and Chief Executive Officer of The Financial Trust Company, and The Financial Trust Company*