**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| Steven Jude Hoffenberg, individually, and as constructive trustee of the Noteholders and Bondholders of Towers Financial Corporation, | Index No.: 1:16-cv-03989-RJS |
| Plaintiffs, | |
| -against- | **RULE 7.1 STATEMENT** |
| Jeffrey E. Epstein, individually, and as President and Chief Executive Officer of The Financial Trust Company, The Financial Trust Company, XYZ Corp., and ABC, Inc., | |
| Defendants. | |

------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for The Financial Trust Company certifies that there is no parent corporation or any publicly held corporation owning 10% or more of The Financial Trust Company's stock.

| | |
|---|---|
| Dated: New York, New York<br>June 20, 2016 | **TROUTMAN SANDERS LLP** |
| | By:  */s/ Bennet J. Moskowitz*<br>Bennet J. Moskowitz<br>875 Third Avenue<br>New York, NY 10022<br>Phone:  (212) 704-6000<br>Fax:     (212) 704-6288<br>bennet.moskowitz@troutmansanders.com |
| | *Counsel for Defendants Jeffrey E. Epstein, individually and as President and Chief Executive Officer of The Financial Trust Company, and The Financial Trust Company* |